■ Lawrence A. York, Appellant-Respondent, v State of New York, Respondent-Appellant. (Appeal No. 2.)—Appeal unanimously dismissed upon withdrawal of counsel; order unanimously reversed on the law without costs, motion denied and plaintiff's cause of action for malicious prosecution reinstated. Same memorandum as in *York v State of New York* [appeal No. 1], 138 AD2d 964 [decided herewith]). (Appeal from order of Court of Claims, Corbett, J.—summary judgment.) Present—Doerr, J. P., Denman, Green, Pine and Lawton, JJ.